May 16, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF K.M., A CHILD

NO. 14-12-00871-CV

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceeding in accordance with its opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Anselmo Contreras, Jr.

We further order this decision certified below for observance.